AO91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.                                     CASE NUMBER: MAG 14-205

EDGAR GARCIA-VILLA,
also known as
EDGAR GARCIA,
also known as
EDGAR VILLA,
the defendant.

I, Todd Lunsford, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count One

On or about the 23rd day of July 2014, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendant,

**EDGAR GARCIA-VILLA,**
also known as
**EDGAR GARCIA,**
also known as
**EDGAR VILLA,**

an alien, was knowingly and unlawfully found in the United States in Shelby County, Alabama, after his removal and deportation from the United States to Mexico on or about October 7, 2010 and February 23, 2012, and not having obtained the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security of the United States, for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

I further state that I am a Deportation Officer with the U.S. Department of Homeland Security – Immigration and Customs Enforcement (ICE) and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference. See Attachment A.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

9/17/2014 @ 2:39 p.—            _____
Date                             Judge's Signature

                                 JOHN E. OTT
                                 Chief United States Magistrate Judge

Birmingham, Alabama
City and State

## ATTACHMENT A
## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Todd Lunsford, being duly first sworn, depose and say:

1. I am a duly sworn Deportation Officer of the U.S. Immigration and Customs Enforcement (ICE) assigned to the New Orleans Field Office, Enforcement and Removal Operations (ERO), Fugitive Operations in Homewood, Alabama. I have been employed as a federal agent for over nineteen years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 – Aliens and Nationality.

2. On July 23, 2014, the defendant, Edgar Garcia-Villa, also known as Edgar Garcia, and Edgar Villa, was arrested by Drug Enforcement Administration (DEA) Task Force in Pelham, Alabama and charged with attempting to commit a controlled substance crime - trafficking. The defendant was subsequently booked into the Shelby County Jail. Pelham is in Shelby County and within the Northern District of Alabama. The Shelby County Sheriff's Department contacted ICE in order to determine the defendant's immigration status. An ICE agent performed a telephonic interview and determined that the defendant was a citizen of Mexico and that he did not have immigration documents allowing him to be in the United States. An immigration detainer was place on the defendant as a result of the interview.

3. On September 10, 2014, the defendant bonded out of the Shelby County Jail and was taken into custody by ICE. The defendant's fingerprints were processed through IDENT (Automated Biometric Identification System) and the record checks indicated that the person being fingerprinted was a citizen of Mexico and that he was previously removed from the US. ICE records identified this person as the defendant, Edgar Garcia-Villa.

4. ICE records positively associated the defendant with an alien registration file and FBI number. Record checks provided a criminal history for the defendant, including a conviction for possession of a controlled substance. ICE records indicated that on August 16, 2010, the defendant was convicted of unlawful possession of a controlled substance in the Circuit Court of Jefferson County, Alabama. The defendant was sentenced to 1 year and 1 day in prison. The sentence was suspended under the condition that he was turned over to ICE for removal from the United States.

5. A review of the official Alien File shows that the defendant was issued an Order of Removal by the Executive Office for Immigration Review on September 28, 2010.

6. Immigration Form I-205, Warrant of Removal / Deportation, is the standard form utilized by the Department of Homeland Security (DHS) to document the physical removal of an unlawfully present alien from the United States to his/her native country. There defendant's Alien File contains I-205s. The

I-205s, in the defendant's Alien File, indicate that he was removed from the United States to Mexico on October 7, 2010 and February 23, 2012. Both removals were subsequent to a felony conviction.

7. The defendant's Alien File does not have any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following any of his prior removals. Further, there is no evidence in any automated system that an application was made or approved. Had the defendant made such an application, that fact would be stated in his official Alien File.

8. Based on the above facts, the affiant believes that there is probable cause to establish that the defendant, Edgar Garcia-Villa, also known as Edgar Garcia, and Edgar Villa, is in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

_____
ICE Deportation Officer Todd Lunsford, Affiant

Sworn to and subscribed before me this 17th day of September 2014. I have considered the affidavit, and I find probable cause to charge the defendant with Illegal Reentry of Removed Alien, in violation of 8 U.S.C. §§ 1326(a) & (b)(1).

_____
The Honorable John E. Ott
Chief United States Magistrate Judge
Northern District of Alabama

3